# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| | on Criminal Complaint |
| v. | |
| **FOAD ISA** <br> **HAMMAD ISA** | CASE NUMBER **25-mj-99** |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Liberty |
| Deputy Clerk: Mary Murawski | Hearing Began: 1:28:31 |
| Hearing Held: June 17, 2025 at 1:30 P.M. | Hearing Ended: 1:46:45 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: Trish Daugherty | |
| Foad Isa, in person, and by: Greg Smith | ☐ CJA ☐ FDS ☑ RET |
| Hammad Isa, in person, and by: Michael Gillespie | ☐ CJA ☐ FDS ☑ RET |
| U.S. PROBATION OFFICE by: Mike Karolewicz | |
| INTERPRETER: ☐ None ☑ Sworn Ashraf Michael | |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
    ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties, and fines
☐ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☐ **Preliminary Hearing/Arraignment and Plea set for Date at Time**

Maximum Penalties: 21:841(a)(1) & 846: IMPRISON: 10 years – Life; FINE: $10 Million; S.R.: 5 years; S.A.: $100. 21:843(b): IMPRISON: 0-4 years; FINE: $30,000; S.R.: 1 year; S.A.: $100.

**FOAD ISA**
**Bond Status:**

☑     Defendant is ordered temporarily detained for a maximum of: ☑ 3 days ☐ 5 days ☐ 10 days
       Detention Hearing set for: 6/20/2025 at 1:30 P.M. before Magistrate Judge Stephen Dries, Courtroom 284.

**HAMMAD ISA**
**Bond Status:**

☑     Defendant is ordered temporarily detained for a maximum of: ☑ 3 days ☐ 5 days ☐ 10 days
       Detention Hearing set for: 6/20/2025 at 1:00 P.M. before Magistrate Judge Stephen Dries, Courtroom 284.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.